IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                Cr. No. 03-10038-T

AUBREY CLARK,

    Defendant.

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW Aubrey Clark, by and through April R. Goode, Assistant Federal Defender, and moves this Honorable Court to continue his sentencing hearing date, currently set for Thursday, August 4, 2005, at 8:45 a.m. In support whereof, defendant states unto the Court that:

Defendant is returning to the district court for re-sentencing pursuant to the order of the Court of Appeals for the Sixth Circuit, case number 04-5389.

Undersigned counsel is scheduled to commence trial in United States v. Thurman, Cr. No. 05-20091-B, on Tuesday, August 2, 2005. The trial is expected to last two to three days. Due to extensive motion and trial preparation, counsel has been unable to meet with Mr. Clark in order to discuss a possible supplemental response to the presentence report, and any possible proof. Therefore, counsel requests an additional thirty days, to on or about September

**MOTION GRANTED**
DATE: August 5, 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  08-03-05

2005, in which to prepare for the sentencing hearing.

Counsel has been unable to confer with the United States, in the person of Jerry Kitchen, Esq., Assistant United States Attorney, with respect to this request.

WHEREFORE, defendant Aubrey Clark respectfully requests an additional thirty days, from August 4, 2005, to on or about September 5, 2005, in which to prepare for the sentencing hearing in this cause.

Respectfully submitted,

APRIL R. GOODE
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN  38103
(901) 544-3895

CERTIFICATE OF SERVICE

The Office of the Federal Defender has this date delivered a copy of the foregoing Motion to Continue the Sentencing Hearing to Jerry R. Kitchen, Esq., Assistant U.S. Attorney, 109 S. Highland Avenue, 3rd floor, Jackson, TN 38301.

THIS 29th day of July, 2005.

APRIL R. GOODE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 1:03-CR-10038 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT